McGREGOR W. SCOTT
United States Attorney
LAURA L. FERRIS
ELLEN V. ENDRIZZI
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

**FILED**

MAR. 1 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　　　　DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES HEAD,<br>KEITH BROTEMARKLE,<br>BENJAMIN BUDOFF,<br>JOHN CORCORAN<br>　　aka Jack Corcoran,<br>DOMONIC McCARNS,<br>LISA VANG, and<br>KOU YANG,<br><br>　　　　　Defendants. | No.<br><br>2 0 8 - CR - 0 1 1 6 <br><br>VIOLATIONS: 18 U.S.C.<br>§ 371 - Conspiracy to<br>Commit Mail Fraud;<br>18 U.S.C. § 1341 - Mail<br>Fraud (3 Counts);<br>18 U.S.C. § 1956(h) -<br>Conspiracy to Commit<br>Money Laundering |

I N D I C T M E N T

<u>COUNT ONE</u>:  [18 U.S.C. § 371 - Conspiracy to Commit Mail Fraud]

The Grand Jury charges:

CHARLES HEAD,
KEITH BROTEMARKLE,
BENJAMIN BUDOFF,
JOHN CORCORAN aka Jack Corcoran,
DOMONIC McCARNS,
LISA VANG, and
KOU YANG,

defendants herein, as follows:

1

1                           I.   INTRODUCTION

2        1.   Beginning at a date no later than on or about March 19,
3   2005, and continuing to at least June 30, 2006, in the State and
4   Eastern District of California and elsewhere, the defendants
5   conspired to target homeowners in financial distress and
6   perpetrate an "equity stripping" scam.  As part of the agreed to
7   scheme and artifice to defraud, the defendants communicated with
8   these homeowners and made varying material misstatements and
9   omissions to assure homeowners that they would be able to enter a
10  program that would allow them to repair their damaged credit,
11  refinance their home within a year, and keep their home.
12  Further, as a part and result of the scheme and artifice to
13  defraud, the defendants: 1) paid straw buyers who replaced the
14  homeowners on the titles to the properties; 2) used the straw
15  buyers to apply for mortgages to extract the maximum available
16  equity from the homes; and 3) received "rents" paid by the victim
17  homeowners, who, based on the material misrepresentations made,
18  believed that such payments would repair the homeowners' credit.
19  After the one year term, and most times before, homeowners were
20  left without homes, equity, or repaired credit.

21                  II.   PARTIES, PERSONS AND ENTITIES

22  A.   Head Financial Services and Creative Loans

23       2.   On or about August 15, 2001, defendant CHARLES HEAD
24  incorporated, and caused to be incorporated, Head Financial
25  Services, Inc. (HFS), in the State of California.  A
26  corresponding bank account for HFS was opened at Pacific
27  Mercantile Bank on or about August 26, 2004.  Defendants CHARLES
28  HEAD and KOU YANG were the original signatories on the account.

                                  2

1   On or about June 6, 2005, defendant JOHN CORCORAN was added as a
2   signatory.

3       3.   On or about June 15, 2004, defendant CHARLES HEAD
4   created, and caused to be created, a limited liability company,
5   Creative Loans, LLC (Creative Loans), in the State of California.
6   A corresponding bank account for Creative Loans was opened at
7   Pacific Mercantile Bank on or about October 12, 2004.

8       4.   At times relevant to this Indictment, defendants KEITH
9   BROTEMARKLE, BENJAMIN BUDOFF, DOMONIC McCARNS, LISA VANG and KOU
10  YANG were employees of HFS and/or Creative Loans.

11  B.   Other Business Entities Used in the Scheme to Defraud

12      5.   At times relevant to this Indictment, Nations Property
13  Management was a property management entity that aided the
14  execution of the scheme to defraud.  Defendant JOHN CORCORAN
15  represented himself as working for this entity.  A Pacific
16  Mercantile Bank account opened under Creative Loans listed a
17  "doing business as" Nations Property Management.

18      6.   At times relevant to this Indictment, A-One Property
19  Investments was a property management entity that aided the
20  execution of the scheme to defraud.  Defendant JOHN CORCORAN
21  represented himself as working for this entity.

22      7.   At times relevant to this Indictment, the defendants
23  used other business names and websites to perpetuate the fraud
24  including, but not limited to, FundingForeclosure.com, Funding
25  Foreclosure, and $30kperyear.com.  A Pacific Mercantile Bank
26  account opened under Creative Loans listed a "doing business as"
27  Funding Foreclosure.com.

28      8.   At times relevant to this Indictment, Premiere Services

3

1 was an entity used by defendants BENJAMIN BUDOFF and KOU YANG,

2 and others known and unknown to the Grand Jury, to handle loan

3 applications and otherwise perpetuate the scheme.

4 C.    Defendants' Additional Roles During the Scheme to Defraud

5       9.    Defendant CHARLES HEAD was a broker licensed with the

6 State of California, and was listed as such on certain

7 transactions.

8       10.   Defendant KEITH BROTEMARKLE was listed as a broker on

9 at least one transaction, but has never been licensed by the

10 State of California as a broker.

11      11.   Defendant BENJAMIN BUDOFF was listed as a broker on at

12 least one transaction, but has never been licensed by the State

13 of California or Colorado as a broker.

14                     III.   THE CONSPIRACY

15      12.   Beginning at a date no later than on or about March 19,

16 2005, and continuing to at least June 30, 2006, in the State and

17 Eastern District of California and elsewhere, defendants CHARLES

18 HEAD, KEITH BROTEMARKLE, BENJAMIN BUDOFF, JOHN CORCORAN, DOMONIC

19 McCARNS, LISA VANG, and KOU YANG, together and with others known

20 and unknown to the Grand Jury, knowingly combined, conspired,

21 confederated, and agreed among themselves to devise and intend to

22 devise a material scheme and artifice to defraud, and, for

23 obtaining property and money by means of materially false and

24 fraudulent pretenses, representations, and promises, and for the

25 purpose of executing such scheme and artifice to defraud, did

26 place and cause to be placed in any post office and authorized

27 depository for mail matter, any matter and thing, whatever to be

28 sent or delivered by the Postal Service, and deposited and caused

4

1  to be deposited any matter and thing, whatever to be sent and
2  delivered by any private and commercial interstate carrier, and
3  took and received therefrom, any such matter and thing, and
4  knowingly caused to be delivered by mail and such carrier
5  according to the direction thereon, and at the place at which it
6  was directed to be delivered by the person to whom it was
7  addressed, all in violation of Title 18, United States Code,
8  Section 1341 (Mail Fraud).

9     13.   The object of the conspiracy was for the defendants to
10 target homeowners in financial distress, and, through materially
11 false and fraudulent pretenses, through material omissions, and
12 by making materially false and fraudulent representations and
13 promises to those homeowners, the defendants used straw buyers to
14 obtain title in order to gain control of the property and steal
15 any equity that existed in the home.  The defendants also
16 received "rental" payments from the homeowners as a part of the
17 scheme to defraud.  As a result of the aforementioned, the
18 conspiracy acquired at least $5.9 million in equity from
19 homeowners.

20           IV.   MANNER AND MEANS OF THE CONSPIRACY

21    The manner and means by which the conspiracy sought to
22 accomplish its objectives was the following:

23    14.   Defendant CHARLES HEAD devised the "equity stripping"
24 scheme and artifice to defraud, and he employed and trained the
25 other defendants, as well as others known and unknown to the
26 Grand Jury, to execute the fraud.

27    15.   In order to perpetuate the scheme to defraud, defendant
28 KEITH BROTEMARKLE and others made contact with brokers, via the

5

1  internet and phone, in order to solicit referrals of homeowners
2  in distress.   In turn, brokers provided contact information for
3  the defendants to homeowners in distress and for each homeowner
4  that completed a transaction with the defendants, the broker was
5  paid a $4,000 referral fee.
6      16.  Defendants DOMONIC McCARNS and JOHN CORCORAN, and
7  others known and unknown to the Grand Jury, acted as sales agents
8  and were responsible for communicating with and soliciting the
9  homeowner in distress.   For each transaction that closed
10 successfully, the sales agents typically received 3% of the
11 equity in the home, in addition to their salary from defendant
12 CHARLES HEAD.
13     17.  When homeowners responded, the sales agents would offer
14 them a plan in which they could keep their home and repair their
15 damaged credit.   The plan was typically explained as follows: the
16 existing mortgage would be paid off, the homeowner would make
17 monthly "rent" payments for one year to repair his or her credit,
18 and after the year the homeowner would repurchase the home.
19     18.  During the process of acquiring the homes, the
20 defendants made and caused to be made one or more materially
21 false promises, representations, and statements to the
22 homeowners, including but not limited to:
23 •    assurances about title, including: the homeowners would
24      remain on title with an "investor" or business, that the
25      homeowners would be off title for one year and then put back
26      on, or that the homeowners would be the only ones on title;
27 •    assurances that property and/or equity would be put in
28      "trust";

6

1  • assurances that the homeowners would be able to repurchase
2    or buy back the home after an initial period, typically one
3    year;
4  • assurances that the homeowners would be the only ones who
5    could repurchase the home;
6  • assurances that little or no equity would be depleted;
7  • assurances that the home could be repurchased at an agreed
8    upon price;
9  • assurances that commissions for the defendants and their
10    businesses were set at a particular amount;
11  • assurances that the equity could be used to refinance the
12    home at the end of the initial period; and
13  • assurances that the homeowners' credit would be repaired.
14    19.  During the process of acquiring the homes, the
15  defendants omitted and failed to disclose material information to
16  the homeowners, including but not limited to:
17  • the use of the equity;
18  • the fact that at least one additional mortgage would be
19    taken out on the property; and
20  • the fact that the defendants would not actively assist in
21    the repair of the homeowners' credit.
22    20.  As a further part of the conspiracy's scheme and
23  artifice to defraud, the defendants sought to strip equity from
24  the homes by taking mortgages out on the homes to generate
25  equity to be stolen.
26    21.  To qualify for the mortgages, defendants KEITH
27  BROTEMARKLE, KOU YANG, LISA VANG and BENJAMIN BUDOFF, and others
28  known and unknown to the Grand Jury, solicited and dealt with

7

1  straw buyers via the internet and otherwise.  In exchange for
2  becoming "investors", the straw buyers were given $5,000 per
3  transaction.

4     22.  Using the straw buyers' name and credit information,
5  the defendants then made, and caused to be made, one or more
6  materially false statements on loan applications, pertaining to:
7  •     assets;
8  •     monthly income;
9  •     ownership of other properties and liabilities; and
10 •     employment history.

11    23.  The loan applications submitted to the lenders were
12 purportedly verified by brokers; however, this verification was
13 often false, as it was signed by other members of the conspiracy,
14 who knew the documents contained false information.

15    24.  To further assist the approval of the loan applications
16 with the straw buyers, defendants KOU YANG, JOHN CORCORAN and
17 LISA VANG, and others known and unknown to the Grand Jury, would
18 wire and otherwise cause funds to be transferred to the straw
19 buyers' accounts to ensure they had sufficient cash on hand to
20 proceed with closing the various transactions.

21    25.  The collection of monthly rental payments from
22 homeowners was coordinated by defendant JOHN CORCORAN, other
23 defendants, and others known and unknown to the Grand Jury,
24 through the business entities Nations Property Management and,
25 later in the scheme, by A-One Property Investments.

26                     V.   OVERT ACTS

27    In furtherance of the conspiracy, and to achieve the objects
28 thereof, the defendants, and others known and unknown to the

                              8

1  Grand Jury, performed, among others, the following overt acts in
2  the State and Eastern District of California and elsewhere:

3      26.   Between in or about April 2006 and in or about May
4  2006,  defendant CHARLES HEAD called M.S., a straw buyer in
5  Modesto, California, and convinced him to continue working with
6  the defendants as an investor purchasing "investment properties."

7      27. In or about April 2006, defendant KOU YANG met with
8  straw buyer S.K., in person, and told her to represent on a loan
9  application that she was employed and earning $60,000 per year,
10 when, in fact, she was unemployed.

11     28.   In or about January 2006, defendant KEITH BROTEMARKLE
12 solicited B.G. of Corona, California to be a straw buyer.

13     29.   On or about April 24, 2006, straw buyer M.S. of
14 Modesto, California received a $5,000 check from the Creative
15 Loans' bank account at Pacific Mercantile Bank signed by
16 defendant JOHN CORCORAN.

17     30.   On or about May 8, 2006, defendant LISA VANG sent a
18 California Overnight package containing loan documents related to
19 a home located in Orange, New Jersey, to straw buyer H.P. of West
20 Sacramento, California.

21     31.   Between in or about November 2005 and in or about
22 August 2006, defendant DOMONIC McCARNS gave false information to
23 K.S., a homeowner from Miramar, Florida, concerning her home and
24 a purported plan to ensure that she could keep the home.

25         All in violation of Title 18, United States Code,
26 Sections 371 and 2.

27 ///

28 ///

9

1  COUNTS TWO THROUGH FOUR: [18 U.S.C. § 1341 - Mail Fraud]

2      The Grand Jury further charges:

3                          CHARLES HEAD,
              JOHN CORCORAN aka Jack Corcoran, and
4                           LISA VANG,

5  defendants herein, as follows:

6                    I.   INTRODUCTION

7      1.   Paragraphs 1 through 11 and 14 through 25 of Count One

8  are realleged and incorporated herein, as if fully set forth.

9                 II.   THE SCHEME TO DEFRAUD

10     2.   Beginning at a date no later than on or about March 19,

11  2005, and continuing to at least on or about June 30, 2006, in

12  the State and Eastern District of California and elsewhere,

13  defendants CHARLES HEAD, JOHN CORCORAN, LISA VANG, together and

14  with others known and unknown to the Grand Jury, did knowingly

15  devise and intend to devise a material scheme and artifice to

16  defraud and to obtain property and money by means of materially

17  false and fraudulent pretenses, representations, and promises.

18                 III.   WAYS AND MEANS

19     3.   It was part of the scheme and artifice to defraud that

20  the defendants undertook the actions described in the allegations

21  set forth in paragraphs 26 through 31 of Count One of this

22  Indictment, which allegations are realleged and incorporated

23  herein.

24     4.   Pursuant to the scheme to defraud, defendants CHARLES

25  HEAD, JOHN CORCORAN, LISA VANG, and others known and unknown to

26  the Grand Jury, caused items to be sent and delivered by the

27  Postal Service or by private commercial interstate carrier, to

28  and from governmental entities, private citizens, various

10

1  businesses in Southern California, and elsewhere.

2                        IV.   THE MAILINGS

3       5.    On or about the dates set forth below, in the Eastern

4  District and elsewhere, the defendants, together and with others

5  known and unknown to the Grand Jury, for the purpose of executing

6  such scheme and artifice to defraud, did place and cause to be

7  placed in any post office and authorized depository for mail

8  matter, any matter and thing whatever to be sent or delivered by

9  the Postal Service, and deposited and caused to be deposited any

10  matter and thing whatever to be sent and delivered by any private

11  and commercial interstate carrier, and took and received

12  therefrom, any such matter and thing, and knowingly caused to be

13  delivered by mail and such carrier according to the direction

14  thereon, and at the place at which it was directed to be

15  delivered by the person to whom it was addressed, all in

16  violation of Title 18, United States Code, Section 1341 (Mail

17  Fraud).

18       6.    In furtherance of the scheme to defraud, the

19  defendants, as identified, knowingly caused mailings and

20  deliveries by the United States Postal Service and by private

21  commercial carriers as specified below:

22  ///

23  ///

24  ///

25

| COUNT | DEFENDANTS | DATE | FROM | TO | ITEM |
|---|---|---|---|---|---|
| 2 | CHARLES HEAD LISA VANG | May 8, 2006 | Lisa Vang, Head Financial Services | H.P., a straw buyer in West Sacramento, California | Loan Documents |

26
27
28

11

| COUNT | DEFENDANTS | DATE | FROM | TO | ITEM |
|-------|-----------|------|------|----|----|
| 3 | CHARLES HEAD JOHN CORCORAN | May 26, 2006 | Sacramento County Clerk/Recorder | C.R., a straw buyer in Florence, SC | Grant Deed (homeowner A.L. of Sacramento, California) |
| 4 | CHARLES HEAD JOHN CORCORAN | June 14, 2006 | Jack Corcoran, Nations Property Management | Homeowner A.L. of Sacramento, California | Contract documents |

All in violation of Title 18, United States Code, Sections 1341 and 2.

COUNT FIVE:      [18 U.S.C. § 1956(h) - Conspiracy to Commit Money Laundering]

The Grand Jury further charges:

CHARLES HEAD,
KEITH BROTEMARKLE,
JOHN CORCORAN aka Jack Corcoran,
LISA VANG, and
KOU YANG,

defendants herein, as follows:

## I.    INTRODUCTION

1.    The allegations contained in paragraphs 1 through 11 and 14 through 25 of Count One of the Indictment are realleged and incorporated herein, as if fully set forth.

## II.    THE CONSPIRACY

2.    Beginning at a date no later than on or about March 19, 2005 and continuing through at least June 30, 2006, in the Eastern District of California and elsewhere, defendants CHARLES HEAD, KEITH BROTEMARKLE, JOHN CORCORAN, LISA VANG, and KOU YANG, knowingly combined, conspired, confederated and agreed among themselves to engage and to attempt to engage, and cause and aid and abet others in engaging, in monetary transactions affecting

12

1  interstate commerce in criminally derived property and funds of a
2  value greater than $10,000, such property and funds having been
3  derived from specified unlawful activity, that is, mail fraud in
4  violation of Title 18, United States Code, Section 1341, such
5  monetary transactions being in violation of Title 18, United
6  States Code, Sections 1956(h) and 1957.

7      3.    As a result of the conspiracy, more than $5.9 million
8  was wired from escrow closings to bank accounts controlled by the
9  defendants.

10              III.   MANNER AND MEANS OF THE CONSPIRACY

11      In furtherance of the conspiracy, the defendants employed,
12 among others, the following ways and means:

13      4.    The defendants caused proceeds derived from a mail
14 fraud scheme – Grant Deeds representing an ownership of property
15 – to be transferred from homeowners to the defendants and straw
16 buyers controlled by the defendants.

17      5.    Straw buyers, with Grant Deeds in their names, executed
18 false loan applications prepared by them and defendants.   The
19 defendants then caused the loan paperwork to be submitted for
20 mortgages containing material false statements regarding:

21 •      assets;

22 •      monthly income;

23 •      employment history; and

24 •      other property ownership and liabilities.

25      6.    Once the loans closed, the straw buyers would then, at
26 the direction of one or more defendants, receive the funds from
27 the newly acquired mortgages in excess of $10,000 from the escrow
28 company and wire and cause the wiring of these proceeds to the

                              13

1  defendants, often times to the Creative Loans bank account.

2  IV.   OVERT ACTS

3      In furtherance of the conspiracy, and to achieve the objects
4  thereof, the defendants committed, among others, the following
5  overt acts in the State and Eastern District of California and
6  elsewhere:

7  A.   Sacramento Property 1

8      7.   On or about May 26, 2006, defendant JOHN CORCORAN
9  caused the transfer of title for a home in Sacramento,
10 California, from homeowner A.L., to a straw buyer.

11     8.   On or about June 9, 2006, after title for homeowner
12 A.L.'s property in Sacramento, California had been transferred to
13 a straw buyer, defendants CHARLES HEAD, JOHN CORCORAN, and others
14 known and unknown to the Grand Jury caused the filing of loan
15 applications, containing materially false information, with a
16 mortgage company.

17     9.   On or about June 14, 2006, defendants CHARLES HEAD
18 and JOHN CORCORAN caused the wiring of $88,202.66, the loan funds
19 pertaining to the transaction concerning homeowner A.L. of
20 Sacramento, California, from Alliance Title's Centennial Bank
21 account to Creative Loans' Pacific Mercantile Bank account.

22 B.   Sacramento Property 2

23     10.  On or about June 16, 2006, defendant CHARLES HEAD and
24 others employed by him caused the transfer of title for a home in
25 Sacramento, California, from homeowner S.J. to a straw buyer.

26     11.  On or about June 16, 2006, after title for homeowner
27 S.J.'s property in Sacramento, California had been transferred to
28 a straw buyer, defendants CHARLES HEAD, LISA VANG, and others

14

1  known and unknown to the Grand Jury, caused the filing of a loan
2  application, containing materially false information, with a
3  mortgage company.

4       12.   On or about June 23, 2006, defendants CHARLES HEAD,
5  LISA VANG, and others known and unknown to the Grand Jury caused
6  the wiring of $66,530.81, the loan funds pertaining to the
7  transaction concerning homeowner S.J. of Sacramento, California,
8  from Alliance Title's Centennial Bank account to Creative Loans'
9  Pacific Mercantile Bank account.

10      All in violation of Title 18, United States Code, Sections
11 1956(h) and 2.

12

13 DATED: March 13, 2008

14                               A TRUE BILL.
15                               /s/ Signature on file w/AUSA

16                               _____
                                 FOREPERSON
17

18 MCGREGOR W. SCOTT
   United States Attorney
19

20

21

22

23

24

25

26

27

28

                              15

## PENALTY SLIP

**COUNT 1:**    18 U.S.C. §§ 371 - Conspiracy to Commit Mail Fraud

DEFENDANTS:    CHARLES HEAD,
DOMONIC McCARNS
BENJAMIN BUDOFF
LISA VANG
KEITH BROTEMARKLE
KOU YANG
JOHN CORCORAN

PENALTY:    Not more than 5 years imprisonment, or
Not more than $250,000 fine*, or both
Not more than 3 years of supervised release

*possibility of alternative fine based on gain or loss
18 U.S.C. § 3571(e)

**COUNTS 2 - 4:**    18 U.S.C. § 1341 - Mail Fraud

DEFENDANTS:    CHARLES HEAD
JOHN CORCORAN
LISA VANG

PENALTY:    Not more than 20 years imprisonment, or
Not more than $250,000 fine*, or both
Not more than 3 years of supervised release

*possibility of alternative fine based on gain or loss
18 U.S.C. § 3571(e)

**COUNT 5:**    18 U.S.C. §§ 1956(h) - Conspiracy to Commit Money Laundering

DEFENDANTS:    CHARLES HEAD
KEITH BROTEMARKLE
JOHN CORCORAN
LISA VANG
KOU YANG

PENALTY:    Not more than 10 years imprisonment, or
Not more than $500,000 fine*, or both
Not more than 3 years of supervised release

*possibility alternative fine of not more than twice the amount of the
criminally derived property involved in the transaction

2 0 8 - CR - 0 1 1 6 ⬛     **SEALED**

18 U.S.C. § 1957(b)(2)

Special
Assessment:        $100 for each count for which defendant is convicted

*No.* _ _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*



*Criminal Division*

## THE UNITED STATES OF AMERICA
### *vs.*

### CHARLES HEAD, KEITH BROTEMARKLE, BENJAMIN BUDOFF, JOHN CORCORAN, aka Jack Corcoran, DOMONIC McCARNS, LISA VANG, and KOU YANG

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 371 - Conspiracy to Commit Mail Fraud; 18 U.S.C. § 1341 - Mail Fraud; 18 U.S.C. § 1956(h) - Conspiracy to Commit Money Laundering

*A true bill,*

/s/

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                                                    *Foreman.*

*Filed in open court this* _ _ _ 13th _ _ _ _ _ _ _ _ *day*

*of* _ _ March _ _ _ _ _ _ _, *A.D.* 20 08 _ _ _

C. Schultz
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                                                    *Clerk.*

*Bail, $*  Head and McCarns — all other Defendants — Summons    **NO BAIL WARRANT**

**GREGORY G. HOLLOWS**

GPO 863 525

2:08 - CR - 0116 UM