LAW OFFICES OF SCOTT L. TEDMON
SCOTT L. TEDMON, CA BAR NO. 96171
A Professional Corporation
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile: (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
CHARLES HEAD

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos.: Cr.S-08-093-KJM <br> Cr.S-08-116-KJM |
| Plaintiff, | APPICATION FOR TRANSPORTATION ORDER; |
| vs. | ORDER FOR TRANSPORTATION PURSUANT TO 18 U.S.C. 4285 |
| CHARLES HEAD, | |
| Defendant. | |

**Procedural History**

In this matter, defendant Charles Head has a status conference hearing on December 8, 2011 at 10:00 a.m. concerning the disposition of Mr. Head's motions to dismiss based on a violation of the Speedy Trial Act. Mr. Head is indigent and his financial statement is included herewith as Attachment 1.

**Application**

Application is hereby made for an Order for Transportation and subsistence for defendant Charles Head to enable him to attend his hearing in the above-referenced matters scheduled for December 8, 2011 at 10:00 a.m. before the Honorable Kimberly J.

- 1 -

Mueller. While this Application for Transportation Order is only being filed in case number Cr. S-08-093-KJM, and only one Order from the Court is needed to provide the necessary transportation for Mr. Head, this Application for Transportation is equally applicable to case number Cr. S-08-116-KJM as the status conference hearing regarding Head's motion to dismiss for violation of the Speedy Trial Act in that case will also be heard on December 8, 2011.

    Mr. Head has advised counsel that he is unable to afford travel and is requesting that transportation be arranged for his one-way travel from Pittsburgh, Pennsylvania to Sacramento, California on December 7, 2011 so that he may confer with counsel after his arrival and before the status conference hearing. Mr. Head requests that transportation be arranged for his one-way travel after the hearing from Sacramento, California to Pittsburgh, Pennsylvania on December 8, 2011.

    Wherefore, in the interests of justice, the Court is requested to arrange for Charles Head's means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required; to direct the United States Marshal to furnish Charles Head with an amount of money for subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under Section 5702(a) of Title 5, United States Code, and pursuant to 18 U.S.C. Section 4285.

Dated: November 30, 2011     Respectfully Submitted,
                                      LAW OFFICES OF SCOTT L. TEDMON

                                      /s/ Scott L. Tedmon
                                      SCOTT L. TEDMON
                                      Attorney for Defendant
                                      Charles Head

**ORDER**

Defendant seeks round trip air fare and subsistence to travel from Pittsburgh, PA to Sacramento, CA. so that he can attend a status conference or possible change of plea. He makes the request pursuant to 18 U.S.C. § 4285. No matter how incongruous the words of the statute may seem to defendants in criminal actions, the statute permits disbursement of only *one-way* funds for appearances in the district of prosecution. "[The court may]...direct the United States Marshal to arrange for that person's non-custodial transportation or furnish the fare for such transportation to the place where his appearance is required..." The undersigned is unaware of any case interpretation of § 4285 which would permit defendant's round trip request. See cases only permitting payment for one-way travel: United States v. Centeno, 2009 WL 3334144 (S.D. Cal. 2009); United States v. Miracle, 2009 WL 3211104 (E.D. Ky. 2009); United States v. Headden, 2009 WL 2960382 (D. Ariz. 2009); United States v. Birdhorse, 2007 WL 2358634 *2 (D.N.D. 2007); United States v. Vaughn, 2002 WL 1067456 *1 (D. Kan. 2002); United States v. Sandoval, 812 F.Supp. 1156, 1157 (D. Kan. 1993); United States v. James, 762 F.Supp. 1, 2 (D.D.C. 1991; United States v. Gonzales, 684 F.Supp. 838, 841 (D. Vt. 1988).

While defendant may be seeking a judicial wink at the statute for logical reasons, the court is not authorized to expend funds except as directed by statute.

1    Therefore, the Marshal is authorized and directed to
furnish the above named defendant, Charles Head, with
transportation and subsistence expenses for travel from
Pittsburgh, PA to Sacramento, California on December 7, 2011 to
timely make his appearance on December 8, 2011 at 10:00 a.m.
The United States Marshal's Office must furnish Charles Head
with money for subsistence expenses to his destination, not to
exceed the amount authorized as a per diem allowance for travel
under section 5702(a) of Title 5, United States Code.

       The Clerk shall serve a copy of this order on the United States Marshal.

**IT IS SO ORDERED.**

Dated: December 2, 2011

                                    /s/ Gregory G. Hollows
                                   United States Magistrate Judge