| | |
|---|---|
| 1 | DWIGHT M. SAMUEL (CA SB# 054486)<br>A Professional Corporation |
| 2 | 117 J Street, Suite 202<br>Sacramento, California 95814-2282 |
| 3 | 916-447-1193 |
| 4 | Attorney for Defendant<br>BENJAMIN BUDOFF |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BENJAMIN BUDOFF,<br>Defendant. | ) ) ) ) ) ) ) ) ) ) | NO. CR.S-08-0116 FCD<br><br>APPLICATION FOR<br>TRANSPORTATION ORDER<br>PROPOSED ORDER FOR<br>TRANSPORTATION PURSUANT<br>TO TITLE 18 U.S.C. SECTION 4285 |

Defendant Benjamin Budoff, by and through his court appointed counsel, Dwight M. Samuel, hereby applies to this Court for an order of subsistence allowance pursuant to Title 18 U.S.C. section 4285, to allow for Mr. Budoff to travel to and from the July 31, 2013 Trial Confirmation Hearing before the District Court. Mr. Budoff is scheduled to appear on Wednesday, July 31, 2013, at 9:00 a.m., on the 15 floor, Courtroom 3, of the Federal Courthouse located at 501 I Street, Sacramento, California, 95814.

Mr. Budoff resides Colorado Springs Colorado. Mr. Budoff is requesting, this court order funding for travel from Denver Colorado to Sacramento. Mr. Budoff would travel on Tuesday, July 30, 2013 to meet with his investigators and attorney and then appear at 9:00 a.m., on Wednesday, July 31, 2013, before the District Court at the Trial.

In the interests of justice the Court is requested to arrange for Benjamin Budoff's means of non-custodial transportation or furnish the fare for such transportation as follows:

1- On Tuesday, July 30, 2013, air fare from Denver International Airport, to fly Mr. Budoff to the Sacramento International Airport, then to provide transportation for Mr. Budoff from the Sacramento International Airport to his lodging on Tuesday, July 30, 2013.

2- On Wednesday, July 31, 2013, for transportation from the Federal Courthouse located at 501 I Street, Sacramento, California, 95814, to the Sacramento International Airport, and for air fare to the Denver International Airport.

In addition, this Court is requested to direct the United States Marshall to furnish Mr. Budoff with an amount of money for subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under Title 5 U.S.C. section 4285(a) pursuant to Title 18 U.S.C. section 4285.

DATED: July 29, 2013                  RESPECTFULLY SUBMITTED

/s/Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant
Benjamin Budoff

## ORDER

GOOD CAUSE APPEARING AND IN THE INTERESTS OF JUSTICE IT IS ORDERED THAT the United States Marshal for the Eastern District of California is authorized and directed to furnish the above named defendant Benjamin Budoff with round trip transportation as follows:

1- On Tuesday, July 30, 2013, air fare from Denver International Airport, to

1  fly Mr. Budoff to the Sacramento International Airport, then to provide
2  transportation for Mr. Budoff from the Sacramento International
3  Airport to his lodging on Tuesday, July 30, 2013.
4  　　2- On Wednesday, July 31, 2013, for transportation from the Federal
5  Courthouse located at 501 I Street, Sacramento, California, 95814, to the
6  Sacramento International Airport, and for air fare to the Denver International
7  Airport.
8  　　In addition, this Court is directing the United States Marshall to
9  furnish Mr. Budoff with an amount of money for subsistence expenses, not to
10 exceed the amount authorized as a per diem allowance for travel under Title 5
11 U.S.C. section 4285(a) pursuant to Title 18 U.S.C. section 4285.
12 　　The court further finds Mr. Budoff is indigent and financially unable to
13 travel from Denver to Sacramento and return to Denver, without transportation
14 and lodging and subsistence expenses. This request is authorized
15 pursuant to Title 18 U.S.C. section 4285.

17 DATED: July 28, 2013

19 　　　　　　　　　　　　　MAGISTRATE ALLISON CLAIRE
20 　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE