UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN BUDOFF, et al.,<br><br>Defendants. | No. 08-CR-116 KJM<br><br><br><br>ORDER |

On October 11, 2013 the court conditionally sealed Exhibit A to defendant Budoff's motion in limine so the court could determine in camera, as instructed by the Supreme Court in *United States v. Zolin*, 491 U.S. 554, 562–63 (1989), whether Exhibit A was subject to the crime-fraud exception to the attorney client privilege. (ECF 378.) Having conducted this examination and ruled on defendant's motion in limine, the court now orders the Clerk of Court to DELETE Exhibit A from the public docket. (ECF 379.) The court has not relied on Exhibit A when ruling on any dispositive motion and has returned Exhibit A to defendant's counsel. L.R. 141(e)(1). Defendant may offer any part of Exhibit A as an exhibit at trial in conformance with the court's ruling on the motion in limine. (ECF 416.)

IT IS SO ORDERED.

DATE: October 25, 2013.

UNITED STATES DISTRICT JUDGE

1